UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Case No.: 10 – 10759 – S11 |
| THE VAUGHN COMPANY, REALTORS, | Chapter 11 |
| Debtor. | |
| JUDITH WAGNER, Chapter 11 Trustee of the Bankruptcy Estate of The Vaughn Company, Realtors, | Civ. Case No.: 12-00270 WPJ/SMV |
| Plaintiff, | |
| v. | |
| MICHAEL ROSENBERG, individually, MICHAEL ROSENBERG, as trustee of the Rosenberg SRE Trust, dated September 19, 1991, John Doe, as trustee of the Rosenberg SRE Trust, dated September 19, 1991, and EMILY ROSENBERG, | |
| Defendants. | |

ORDER WITHDRAWING THE BANKRUPTCY REFERENCE
OF THE ADVERSARY PROCEEDING

THIS MATTER is before the Court on the motion of Michael Rosenberg, individually, Michael Rosenberg, as trustee of the Rosenberg SRE Trust, dated September 19, 1991, and Emily Rosenberg to withdraw the reference to the bankruptcy court of adversary proceeding No. 12-01082 (the "Motion"); and the Court having reviewed all papers filed in connection with the Motion; and Plaintiff, Judith Wagner, having consented to the relief sought in the Motion; and good cause having been shown;

{N0012319 }

IT IS ORDERED that the Motion is granted and this adversary proceeding shall proceed for all purposes in this Court.

_____
UNITED STATES DISTRICT JUDGE

{N0012319 }